SCWC-15-0000342

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

STATE OF HAWAIʻI,
Respondent/Plaintiff-Appellant,

vs.

RUDOLPH G. KING, JR.,
Petitioner/Defendant-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000342; CR. NO. 14-1-1986)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Defendant-Appellee Rudolph G. King, Jr.'s

Application for Writ of Certiorari, filed on August 19, 2016, is

hereby accepted and will be scheduled for oral argument. The

parties will be notified by the appellate clerk regarding

scheduling.

DATED: Honolulu, Hawaiʻi, September 29, 2016.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

